UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TOMMY LYNN BRAY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:16-cv-00528 |
| | ) | REEVES/GUYTON |
| NANCY A. BERRYHILL, | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Magistrate Judge Guyton's Report and Recommendation ("R&R") [D. 18]. Tommy Lynn Bray filed a motion for judgment on the pleadings [D. 14], and the Commissioner of Social Security moved for summary judgment on Tommy Lynn Bray's claim [D. 16]. Judge Guyton recommends that Bray's motion be denied, and the Commissioner's motion be granted. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and **ADOPTS** it. For the reasons stated in the R&R, Bray's motion for judgment on the pleadings is **DENIED**, the Commissioner's motion for summary judgment is **GRANTED**, and this suit is **DISMISSED with prejudice.**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

1